1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**
9                       **CENTRAL DISTRICT OF CALIFORNIA**
10
11 BEVERLY A. BARAJAS,     ) Case No. EDCV 14-2448-JPR
                             )
12             Plaintiff,   )       **JUDGMENT**
                             )
13     v.                    )
                             )
14 CAROLYN W. COLVIN, Acting )
Commissioner of Social     )
15 Security,                 )
                             )
16             Defendant.   )
    _____)
17
18     For the reasons set forth in the accompanying Memorandum
19 Opinion and Order, it is hereby ADJUDGED AND DECREED that (1)
20 Plaintiff's request for an order remanding the case for further
21 proceedings is DENIED; (2) the Commissioner's request for an
22 order affirming the Commissioner's final decision and dismissing
23 the action is GRANTED; and (3) judgment is entered in the
24 Commissioner's favor.
25
26 DATED: January 26, 2016         **JEAN ROSENBLUTH**
                                                                JEAN ROSENBLUTH
27                                                                U.S. Magistrate Judge
28